UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DEBBRIA RYDZINSKI** and
**JENNNIFER RYDZINSKI**,

    Plaintiffs,

v.                                                          CASE NO.   3:17-cv-143-J-25PDB

**NORTHSTAR LOCATION SERVICES, LLC,**

    Defendant.
_____/

**O R D E R**

Pursuant to Plaintiffs' Notice of Voluntary Dismissal (Dkt. 9), it is

**ORDERED** that this action is **DISMISSED with prejudice**.   The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this  3rd day of April, 2017.

**HENRY LEE ADAMS, JR.**
United States District Judge

Copies to:  Counsel of Record